▮ In the Matter of Teresa M. Paré, Esq., Attorney for the Child, Appellant, v Richard W. White, Jr., Appellant, and Amanda Wilcox, Respondent. (Appeal No. 2.) [971 NYS2d 716]—Appeals from an order of the Family Court, Ontario County

(Frederick G. Reed, A.J.), entered June 15, 2012 in a proceeding pursuant to Family Court Act article 6. The order terminated the guardianship of respondent Richard W. White, Jr.

It is hereby ordered that said appeals are unanimously dismissed without costs.

Same memorandum as in *Matter of White v Wilcox* (109 AD3d 1145 [2013]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.